**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlester Sharod Hayes, ) | No. CV 11-2043-PHX-RCB (JRI) |
| Plaintiff, ) | **ORDER FOR PAYMENT** |
| vs. ) | **OF INMATE FILING FEE** |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

Plaintiff Carlester Sharod Hayes, inmate #P782076, who is confined in the Maricopa County Fourth Avenue Jail, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $1.00. Thereafter, Plaintiff must incrementally pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Maricopa County Sheriff or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Maricopa County Sheriff or his designee **must collect and forward** to the Clerk of Court the initial partial filing fee of $1.00. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding

1  month's income credited to the account.  Payments must be forwarded to the Clerk of Court
2  each time the amount in the account exceeds $10.00.  The payments must be clearly
3  identified by the name and number assigned to this action.
4      (2)    The Maricopa County Sheriff or his designee **must notify** the Clerk of Court
5  in writing when Plaintiff is released or transferred to a correctional institution other than the
6  Maricopa County Jail, so new billing arrangements may be made to collect any outstanding
7  balance.
8      (3)    The Clerk of Court **must serve by mail** a copy of this Order on Maricopa
9  County Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona,
10  85003.
11      (4)    The Clerk of Court **must forward** a copy of this Order to Financial
12  Administration for the Phoenix Division of the U.S. District Court for the District of Arizona.
13  Financial Administration must set up an account to receive payments on the filing fee for this
14  action and must notify the Court when the filing fee is paid in full.
15      DATED this 16th day of November, 2011.

Robert C. Broomfield
Senior United States District Judge

- 2 -